**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES KIRKHAM, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAXACT, Inc.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 2:23-CV-3303-WB<br><br>**ECF CASE** |

**DEFENDANT TAXACT, INC.'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

Defendant TaxAct, Inc. ("TaxAct") moves this Court for the entry of an Order compelling Plaintiff James Kirkham ("Plaintiff") to submit all of the claims in his Complaint against TaxAct to arbitration by the Judicial Arbitration and Mediation Services ("JAMS") as required by TaxAct's standard terms and conditions of service, which Plaintiff accepted in using TaxAct. If the Court compels arbitration, TaxAct further moves for the entry of an Order staying proceedings with respect to all of Plaintiff's claims pending completion of the arbitration.

By filing this Motion, TaxAct does not waive any arguments or defenses to Plaintiff's Complaint, including its arguments under Rule 12 of the Federal Rules of Civil Procedure.

The reasons for this Motion are set forth in the accompanying Memorandum of Law, the Declaration of Mark Jaeger in Support of TaxAct's Motion to Compel Arbitration and Stay Claims, and the exhibits to the Declaration. A proposed Order granting the relief requested in this Motion is attached.

Dated: September 29, 2023

Respectfully submitted,

*/s/ Tyson Y. Herrold*

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
Ankur Shingal (*pro hac vice*)
ashingal@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Tyson Y. Herrold (314262)
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 564-3286
therrold@bakerlaw.com

*Attorneys for Defendant TaxAct, Inc.*