IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KIRKHAM, on behalf of himself and all others similarly situated, and<br><br>MATTHEW SESSOMS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | Civil Action No. 2:23-CV-3303-WB<br><br>Jury Trial Demanded<br><br>**PRAECIPE TO CORRECT/ATTACH EXHIBIT B TO PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO COMPEL ARBITRATION AND STAY LITIGATION** |

**To the Honorable Clerk of Court**:

Kindly file the attached corrected copy of Exhibit B (Dkt. No. 31-4) to Plaintiff James Kirkham and Plaintiff Matthew Sessoms' December 1, 2023, opposition to Defendant's motion to compel arbitration and stay litigation. Plaintiffs request that Exhibit B, as corrected, be filed and substituted for Docket No. 31-4, which had become corrupted and unable to be opened.

Respectfully Submitted,

By: /s/ James P. Goslee
James P. Goslee (#203043)

Dated: December 5, 2023