IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES KIRKHAM, on behalf of himself and all others similarly situated, and<br><br>MATTHEW SESSOMS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | : | Civil Action No. 2:23-CV-3303-WB<br><br>Jury Trial Demanded<br><br>**NOTICE OF MOTION FOR A PROTECTIVE ORDER UNDER FED. R. CIV. P. 23(D) AND FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY THIS ACTION** |

**PLEASE TAKE NOTICE** that through the undersigned counsel, Cohen, Placitella & Roth, P.C., Plaintiffs James Kirkham and Matthew Sessoms, move for a protective order under Fed. R. Civ. P. 23(d) and for leave to file a supplemental brief in opposition to Defendant's motion to compel arbitration and stay this action before the Hon. Wendy Beetlestone, U.S.D.J., of the United States District Court for the Eastern District of Pennsylvania.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law.

Respectfully submitted,

COHEN, PLACITELLA & ROTH, P.C.

By: /s/ Eric S. Pasternack
James P. Goslee (#203043)
Michael Coren (#31037)
Eric S. Pasternack (#320127)
Jared M. Placitella (#321333)
2001 Market St., Suite 2900
Philadelphia, PA 19103
(215) 567-3500
jgoslee@cprlaw.com
mcoren@cprlaw.com
epasternack@cprlaw.com
jmplacitella@cprlaw.com

Dated: January 11, 2024