**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES KIRKHAM and MATTHEW SESSOMS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.: 2:23-CV-3303-WB<br><br>**ECF CASE** |

**TAXACT, INC.'S RESPONSE TO ORDER REGARDING ITS MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS**

On January 5, 2024, the Court ordered that it would apply the summary judgement standard to TaxAct's pending Motion to Compel Arbitration and Stay Proceedings. Dkt. No. 35. This court further ordered that the parties have until January 12, 2024: (1) to file on the docket any additional exhibits they consider pertinent to TaxAct's motion; and (2) to inform the Court whether additional formal discovery, limited to the question of arbitrability, is necessary. *Id.*

With the exception of responding to Plaintiffs' supplemental brief in opposition to TaxAct's motion to compel arbitration and stay proceedings pursuant to the Court's order, (Dkt. No. 37), TaxAct does not intend to file any additional exhibits in support of its motion nor does TaxAct believe that any additional discovery on the question of arbitrability is required.

Dated: January 12, 2024

Respectfully submitted,

/s/ *James W. Ducayet*

James W. Ducayet (*pro hac vice*)
jducayet@sidley.com
Ankur Shingal (*pro hac vice*)
ashingal@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853 7000
Facsimile: (312) 853 7036

Tyson Y. Herrold (314262)
BAKER & HOSTETLER LLP
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Telephone: (215) 564-3286
therrold@bakerlaw.com

*Attorneys for Defendant TaxAct, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Corporate Disclosure Statement was served upon all counsel of record via the Court's ECF system on this date.

January 12, 2024

/s/ *James W. Ducayet*
James W. Ducayet