IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES KIRKHAM, on behalf of himself and all others similarly situated, and<br><br>MATTHEW SESSOMS, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TAXACT, INC.,<br><br>Defendant. | Civil Action No. 2:23-CV-3303-WB<br><br>Jury Trial Demanded<br><br>**NOTICE OF MOTION TO APPOINT INTERIM CLASS COUNSEL** |

**PLEASE TAKE NOTICE** that through the undersigned counsel, Cohen, Placitella & Roth, P.C., Plaintiffs James Kirkham and Matthew Sessoms hereby move to appoint Cohen, Placitella & Roth, P.C., James P. Goslee, Michael Coren, Eric S. Pasternack, and Jared M. Placitella, as interim class counsel pursuant to Federal Rule of Civil Procedure 23(g), before the Hon. Wendy Beetlestone, U.S.D.J., of the United States District Court for the Eastern District of Pennsylvania.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely upon the accompanying Memorandum of Law.

Respectfully submitted,

COHEN, PLACITELLA & ROTH, P.C.

By: /s/ James P. Goslee

James P. Goslee (#203043)
Michael Coren (#31037)
Eric S. Pasternack (#320127)
Jared M. Placitella (#321333)
2001 Market St., Suite 2900
Philadelphia, PA 19103
(215) 567-3500
jgoslee@cprlaw.com
mcoren@cprlaw.com
epasternack@cprlaw.com
jmplacitella@cprlaw.com