**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES KIRKHAM et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**TAXACT, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-3303** |

**ORDER**

**AND NOW** this 12th day of February 2024, upon consideration of Plaintiffs' Motion to Appoint Class Counsel (ECF No. 43), Defendant's Response in Opposition thereto (ECF No. 45), and Plaintiffs' Reply in Support (ECF No. 46), **IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. The Court finds that Cohen, Placitella & Roth, P.C., James P. Goslee, Michael Coren, Eric S. Pasternack, and Jared M. Placitella, satisfy all the requirements for appointment as interim class counsel and are hereby appointed as interim class counsel pursuant to Federal Rule of Civil Procedure 23(g).

**BY THE COURT:**

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**