**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES KIRKHAM,**<br>**Plaintiff,**<br><br>**v.**<br><br>**TAXACT, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-3303** |

# **O R D E R**

**AND NOW**, this 12th day of February 2024, upon consideration of Plaintiffs' Motion for a Protective Order (ECF 36) and Defendant's response thereto (ECF 40), the Motion is **GRANTED** as follows:

1. It is **HEREBY ORDERED** that:
    a. TaxAct shall not enforce Sections 9, 13 and 14 of the 2023 Terms of Service against any member of any class that is certified in this action; and,
    b. TaxAct shall not enforce Sections 9, 13 and 14 of the 2023 Terms of Service against any member of the putative Class or putative Married Join Filer Class with respect to any claims that have been or could be asserted in this matter.
2. It is **FURTHER ORDERED** that TaxAct is prohibited from communicating with any member of the putative Classes in this Action regarding the subject matter in this action, including any claims and defenses and the resolution or settlement of this Action, without the prior approval of this Court.

In all other respects, Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**.

Defendant **SHALL** no later than February 19, 2024 post prominently on its website at https://www.taxact.comlegal-notice this Order in full (not by way of a link) on the same page as

its December 22, 2023 update to its Terms of Service and License Agreement immediately above such update.

**BY THE COURT:**

*/s/ Wendy Beetlestone*

**WENDY BEETLESTONE, J.**