**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES KIRKHAM et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**TAXACT, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-3303** |

**ORDER**

**AND NOW** this 12th day of February 2024,

**WHEREAS** Defendant TaxAct, Inc. ("TaxAct") has moved to compel arbitration and stay proceedings, ECF No. 30;

**WHEREAS**, in its brief in support of that motion, TaxAct presses its argument under Pennsylvania law, *id.* at 17-18, 21-23;

**WHEREAS** the parties continue to analyze Pennsylvania law in their Response in Opposition thereto, ECF No. 31 at 12, and Reply in support, ECF No. 33 at 4-5, 11;

**WHEREAS** TaxAct's Terms of Service state that "[t]he validity and performance of this agreement shall be governed by Texas Law (without reference to choice of law principles), and applicable federal law," ECF No. 30-10 at 5;

**WHEREAS** the validity of the arbitration provision at issue is analyzed under Texas law for the first time by TaxAct in its response to Plaintiffs' Motion for a Protective Order and Leave to File a Supplemental Brief in Opposition to Defendant's Motion to Compel Arbitration, ECF No. 40 at 13;

**WHEREAS** the Eastern District of Pennsylvania Local Civil Rules provide that "[e]very motion . . . shall be accompanied by a brief containing a concise statement of the legal

contentions and authorities relied upon in support of the motion," E.D. Pa. Local Civ. R. 7.1(c) (May 2023);

**WHEREAS** failure to cite "relevant case law" renders a motion "legally deficient under Local Rule 7.1(c)," *Griffin-El v. Beard*, 2009 WL 678700, at *4 (E.D. Pa. Mar. 16, 2009), *order corrected on reconsideration*, 2009 WL 1229599 (E.D. Pa. Apr. 30, 2009); *see also Zaftr Inc. v. Lawrence*, 2023 WL 349256, at *17 (E.D. Pa. Jan. 20, 2023); *Alpha Pro Tech, Inc. v. VWR Int'l, LLC*, 2016 WL 5930868, at *10-11 (E.D. Pa. Oct. 12, 2016); *Anthony v. Small Tube Mfg. Corp.*, 535 F. Supp.2d 506, 511 n.8 (E.D. Pa. 2007) (citations omitted);

**WHEREAS** Pennsylvania contract law, on which the parties nearly exclusively rely in their briefing, is not relevant to TaxAct's Motion;

**IT IS HEREBY ORDERED** that Defendant's Motion to Compel Arbitration or Stay (ECF No. 30) is **DENIED WITHOUT PREJUDICE**.

**BY THE COURT:**

/s/ Wendy Beetlestone

**WENDY BEETLESTONE, J.**