**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES KIRKHAM et al.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**TAXACT, INC.,**<br>**Defendant.** | **CIVIL ACTION**<br><br><br><br>**NO. 23-3303** |

**ORDER**

**AND NOW** this 22nd day of February 2024, upon consideration of Defendant Taxact, Inc.'s Motion to Strike (**ECF#61**) and Motion to Stay this Action in its Entirety (**ECF#63**) IT IS **ORDERED** that said Motions are **DENIED**.

**BY THE COURT:**

/s/ Wendy Beetlestone

**WENDY BEETLESTONE, J.**